PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Mar 23, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) iCloud accounts IDENTIFIED BY (916) 757-9092, calvino@gmail.com, and caltonka@gmail.com. | CASE NO. 2:23-sw-0283 DB<br><br>ORDER |

**ORDER**

The United States has applied pursuant to 18 U.S.C. § 2703(d), for an Order requiring Apple Inc., an electronic communications service provider and/or a remote computing service headquartered in Cupertino, CA, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Apple Inc. shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

Dated: 03/23/2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

I. **The Account(s)**

The Order applies to certain records and information associated with the iCloud accounts associated with (916) 757-9092, calvino@gmail.com, and caltonka@gmail.com.

II. **Records and Other Information to Be Disclosed**

Apple Inc. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period from January 1, 2022 to the present regardless of whether such information is located within or outside of the United States:

A. The following information about the customers or subscribers of the Account:

1. Names (including subscriber names, user names, and screen names);
2. Email, alias email, and recovery email addresses; mailing addresses; residential addresses; and business addresses;
3. Email headers;
4. Subscriber and device identifiers, such as Subscriber ID and Global Unique ID;
5. Device registration information, such as serial and part numbers, activation date, and registration source;
6. IP logs;
7. iCloud logs (including IP logs, the iCloud service accessed—such as "Backup" or "Photo Library," and the device operating system);
8. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
9. Length of service (including service start date) and types of service utilized, including the names of downloaded apps;
10. iCloud backup settings;
11. The names of downloaded apps;
12. FaceTime call invitation logs;
13. iMessage capability query logs;
14. Accounts associated by SMS number, recovery email, or creation IP address;
15. Login error codes;
16. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
17. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);
18. Means and source of payment for such service (including any credit card or bank account number) and associated information, such as billing profile, creation date, creation IP, and billing records.

B.     All records and other information (not including the contents of communications) relating to the Account, including:

    1.     Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and

    2.     Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).